UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YOLANDA LUDWIG,

                    Plaintiff,

        -against-

DEPARTMENT OF SOCIAL SERVICES
HUMAN RESOURCES ADMINISTRATION;
1 CENTRE STREET COMPTROLLER
OFFICE,

                    Defendants.

24cv9302 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the January 22, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    January 24, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge